The PEOPLE, etc., ex rel. Daniel J. CALLAHAN, relator, v. Robert ADAMSON, as Fire Commissioner of the City of New York, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Determination confirmed, and writ dismissed, with $50 costs and disbursements. No opinion.

Jenks, P. J., and Thomas, Mills, Rich, and Putnam, JJ., concur.